THE STATE OF OHIO, APPELLEE, v. WATKINS, APPELLANT.

2016-Ohio-8464.]

(No. 2014–0454—Submitted December 20, 2016—Decided December 30, 2016.)

---

{¶ 1} The judgment of the court of appeals is reversed, and this cause is remanded to the court of appeals for application of *State v. Moore*, 149 Ohio St.3d 557, 2016-Ohio-8288, 76 N.E.3d 1127.

O'CONNOR, C.J., and PFEIFER, LANZINGER, FRENCH, and O'NEILL, JJ., concur.

O'DONNELL and KENNEDY, JJ., dissent.

---

Ron O'Brien, Franklin County Prosecuting Attorney, and Seth L. Gilbert, Assistant Prosecuting Attorney, for appellee.

Yeura R. Venters, Franklin County Public Defender, and David L. Strait, Assistant Public Defender, for appellant.